```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
      CIVIL DOCKET ENTRIES FOR CASE A05-0146--CV (JWS)
               "ARTHUR GAMASH V FISHERMEN'S WILD ALASKAN"

        Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
     Referral Rule:  4(3)
             Filed: 06/21/05
            Closed: NO

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (340) Marine
                    MARITIME PERSONAL INJURY
            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Waived
          Trial by: Jury
```

Parties of Record:                                Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | GAMASH, ARTHUR | James B. Pentlarge<br>Brittain & Pentlarge<br>1400 W. Benson Blvd, Suite 550<br>Anchorage, AK 99503<br>907-276-1919<br>FAX 907-276-8000 |
| DEF 1.1 | FISHERMEN'S WILD ALASKAN SEAFOOD INC | David C. Bratz<br>LeGros Buchanan et al<br>2500 Columbia Center<br>701 5th Avenue<br>Seattle, WA 98104<br>206-623-4990 |
| DEF 2.1 | [T] SIMMS, HARRY | No counsel found for this party! |
| DEF 2.2 | SINZ, HARRY | No counsel found for this party! |
| DEF 3.1 | [T] SIMMS, JANE DOE | No counsel found for this party! |
| DEF 3.2 | SINZ, VICKI | No counsel found for this party! |
| DEF 4.1 | ECLIPSE, F/V | No counsel found for this party! |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A05-0146--CV (JWS)
                         "ARTHUR GAMASH V FISHERMEN'S WILD ALASKAN"

                                    For all filing dates


   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
     Referral Rule:  4(3)
             Filed:  06/21/05
            Closed:  NO

      Jurisdiction:  (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit:  (340) Marine
                     MARITIME PERSONAL INJURY
            Origin:  (1) Original Proceeding
            Demand:
       Filing fee:  Waived
         Trial by:  Jury



 Document #   Filed      Docket text

       1 -  1  06/21/05  Complaint filed; Summons issued.

       1 -  2  06/21/05  PLF 1 Jury Demand.

    NOTE -  1  06/22/05  Issued: summons re: DEF 1.

       2 -  1  06/22/05  JWS Minute Order that case referred to MJ Roberts per MJ Rule 4(3) . cc:
                         cnsl, MJ Roberts

       3 -  1  07/19/05  DEF 1 Answer to Complaint.

       4 -  1  08/23/05  JDR Minute Order re pltf to file proofs of service re DEF 2-4. cc: cnsl

       5 -  1  09/23/05  JDR Minute Order (warning) re pltf to file proofs of service re DEF 2-4.
                         cc: cnsl

       6 -  1  10/19/05  PLF 1 Complaint (First Amended).

       7 -  1  10/19/05  PLF 1 Return of Service Executed on 6/30/05 re DEF 1.

       8 -  1  10/19/05  PLF 1 motion for extension of time of 30 days to serve Harry Sinz &
                         Vicki Sinz.

       9 -  1  10/19/05  PLF 1 motion to amend complaint w/att memo.

      10 -  1  10/20/05  PLF 1 Errata re: PLF 1 motion to amend complaint (9-1).

      11 -  1  10/20/05  PLF 1 Attorney Substitution of D. Anderson for J. Pentlarge.

       8 -  2  10/21/05  JDR Order granting motion for extension of time of 30 days to serve
                         Harry Sinz & Vicki Sinz (8-1). cc: cnsl

       9 -  2  10/21/05  JDR Order granting motion to amend complaint (9-1). cc: cnsl

    NOTE -  2  10/26/05  Issued: summons re: DEF 2 & 3.

      12 -  1  10/26/05  PLF 1 Notice of filing orig signature pgs re: PLF 1 motion to amend
                         complaint (9-1) w/att aff & exhs.
```

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A05-0146--CV (JWS)
"ARTHUR GAMASH V FISHERMEN'S WILD ALASKAN"

For all filing dates

| Document # | Filed | Docket text |
| --- | --- | --- |