David B. Anderson
Anderson, Connell & Carey
1501 Eldridge Avenue
P.O. Box 1015
Bellingham, WA 98227-1015
360-671-6711 Telephone
360-647-2943 Facsimile
boatlaw@boatlaw.com
Counsel for Plaintiff

RECEIVED
JAN 3 0 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ARTHUR GAMASH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| FISHERMEN'S WILD ALASKAN ) | |
| SEAFOOD, INC.; HARRY SINZ, and ) | |
| VICKI SINZ, a/k/a/ VICKI VICKERY, and ) | |
| F/V ECLIPSE, Official No. 226744, ) | |
| including all her appurtenances, ) | |
| ) | |
| Defendants. ) | Case No.: A05-0146 CV (JWS) |
| ) | |

### ACCEPTANCE OF SERVICE OF

1. **SEAMAN'S COMPLAINT *IN PERSONAM* AND *IN REM* FOR DAMAGES FOR PERSONAL INJURIES, MAINTENANCE AND CURE AND WAGES AND JURY DEMAND; AND**

2. **SEAMAN'S FIRST AMENDED COMPLAINT *IN PERSONAM* AND *IN REM* FOR DAMAGES FOR PERSONAL INJURIES, MAINTENANCE AND CURE AND WAGES AND JURY DEMAND.**

The undersigned hereby accepts service upon defendants Harry Sinz and Vicki Sinz of the Seaman's Complaint *in Personam* and *in Rem* for Damages for

| | |
|---|---|
| 1 | Personal Injuries, Maintenance and Cure and Wages and Jury Demand; and |
| 2 | Seaman's First Amended Complaint *in Personam* and *in Rem* for Damages for |
| 3 | Personal Injuries, Maintenance and Cure and Wages and Jury Demand |

DATED this 23rd day of ~~December, 2005~~ January, 2006.

LEGROS, BUCHANAN & PAUL

_____
David C. Bratz, ASB #0502004
Attorney for Defendants