RECEIVED
JAN 3 0 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

David B. Anderson, Esquire
Anderson, Connell & Carey
1501 Eldridge Avenue
PO Box 1015
Bellingham, WA 98227-1015
360-671-6711 Telephone
360-647-2943 Facsimile
boatlaw@boatlaw.com
Counsel for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ARTHUR GAMASH, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FISHERMEN'S WILD ALASKAN ) <br> SEAFOOD, INC., HARRY SINZ, and ) <br> VICKI SINZ, a/k/a VICKI VICKERY, ) <br> and F/V ECLIPSE, Official No. 226744, ) <br> including all her appurtenances, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No.: A05-145 CV (JWS) |

### CIVIL RULE 4(I) AFFIDAVIT

STATE OF ALASKA         )
                        )
THIRD JUDICIAL DISTRICT )ss.

I, James B. Pentlarge, being first duly sworn, depose and state as follows:

1. I am an attorney with Pentlarge Law Group, counsel of record for Plaintiff which represents plaintiff in the above-captioned matter.

Civil Rule 4(I) Affidavit – Harry Sinz and Vicki Sinz
Case No.: A05-145CV (JWS)
Page 1

2. Pursuant to Civil Rule 4(l) of the Alaska Federal Rules of Civil Procedure, service of process was affected on Defendants, Harry Sinz and Vicki Sinz, a/k/a VICKI Vickery, by acceptance of service by David C. Bratz, counsel for defendants, a copy of the Acceptance of Service signed by Mr. Bratz is attached hereto as Exhibit 1.

3. At this time, there remain no unserved parties.

4. Further affiant sayeth naught.

_____
James B. Pentlarge
Alaska Bar No.: 8306054

SUBSCRIBED AND SWORN to before me this 30th day of January 2006.



_____
Notary Public in and for ~~Washington~~ Alaska
My Commission Expires: 11-10-08