RECEIVED
JAN 3 0 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

1 | David B. Anderson
2 | Anderson, Connell & Carey
  | 1501 Eldridge Avenue
3 | P.O. Box 1015
  | Bellingham, WA 98227-1015
4 | 360-671-6711 Telephone
  | 360-647-2943 Facsimile
5 | boatlaw@boatlaw.com
  | Counsel for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

ARTHUR GAMASH, )
)
      Plaintiff, )
)
v. )
)
FISHERMEN'S WILD ALASKAN )
SEAFOOD, INC.; HARRY SINZ, and )
VICKI SINZ, a/k/a/ VICKI VICKERY, and )
F/V ECLIPSE, Official No. 226744, )
including all her appurtenances, )
)
      Defendants. ) Case No.: A05-0146 CV (JWS)
)

## ACCEPTANCE OF SERVICE OF

1. **SEAMAN'S COMPLAINT *IN PERSONAM* AND *IN REM* FOR DAMAGES FOR PERSONAL INJURIES, MAINTENANCE AND CURE AND WAGES AND JURY DEMAND; AND**

2. **SEAMAN'S FIRST AMENDED COMPLAINT *IN PERSONAM* AND *IN REM* FOR DAMAGES FOR PERSONAL INJURIES, MAINTENANCE AND CURE AND WAGES AND JURY DEMAND.**

The undersigned hereby accepts service upon defendants Harry Sinz and Vicki Sinz of the Seaman's Complaint *in Personam* and *in Rem* for Damages for

1  Personal Injuries, Maintenance and Cure and Wages and Jury Demand; and
2  Seaman's First Amended Complaint *in Personam* and *in Rem* for Damages for
3  Personal Injuries, Maintenance and Cure and Wages and Jury Demand
4
5  DATED this 23rd day of ~~December, 2005~~ January, 2006.
6
7
8                                          LEGROS, BUCHANAN & PAUL
9
10                                         _____
                                           David C. Bratz, ASB #0502004
11                                         Attorney for Defendants
12
13
14
15
16
17
18
19
20
21
22
23
24
25