David B. Anderson
Anderson, Connell & Carey
1501 Eldridge Avenue
P.O. Box 1015
Bellingham, WA  98227-1015
360-671-6711 Telephone
360-647-2943 Facsimile
boatlaw@boatlaw.com
Counsel for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ARTHUR GAMASH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| FISHERMEN'S WILD ALASKAN | ) |
| SEAFOOD, INC.; HARRY SINZ, and | ) |
| VICKI SINZ, a/k/a/ VICKI VICKERY, and | ) |
| F/V ECLIPSE, Official No. 226744, | ) |
| including all her appurtenances, | ) |
| | ) |
| Defendants. | ) **Case No.: A05-0146 CV (JWS)** |
| _____ | ) |

**<u>MOTION FOR LEAVE TO WITHDRAW</u>**

**Note on Motion Calendar:  _____, 2006**

David B. Anderson, and James B. Pentlarge, attorneys for plaintiff, in

behalf of themselves and their respective law firms Anderson, Connell & Carey

and The Pentlarge Law Group, move for leave to withdraw their appearances as

counsel for plaintiff in this case.  Counsel seek to withdraw for good cause as

they have been unable to maintain adequate communication with plaintiff to

1   permit them to represent his interests.  Counsel sent notice to plaintiff of their

2   intent to withdraw by letter dated November 4, 2005.  During a telephone

3   conversation with plaintiff on November 28, 2005, counsel confirmed the

4   intention to withdraw and requested that plaintiff provide his current address.

5
6          c/o Marybeth Lescantz
           3601 Main Street, #7
7          Homer, AK  99603

8          Notice of this motion has been sent to plaintiff at the foregoing address.

9          This motion is based upon the records and files herein, together with the

10  Declaration of David B. Anderson, sworn to February 17, 2006 and filed herewith.

11         DATED this 8th day of March, 2006.

12                            ANDERSON, CONNELL & CAREY

13

14                            /s/ David B. Anderson
                              DAVID B. ANDERSON WSBA #5528
15                            Attorneys for Plaintiff

16                            PENTLARGE LAW GROUP

17

18                            /s/ James B. Pentlarge
                              JAMES B. PENTLARGE, ABA #8306054
19                            Attorneys for Plaintiff

20

21

22

23

24

25

1

## CERTIFICATE OF SERVICE

2

I hereby certify that on March 21, 2006, I presented **MOTION FOR LEAVE**

3

**TO WITHDRAW**  to the Clerk of Court for filing and uploading to the CM/ECF

4

system which will send notification of such filing to the following:

5

Mr. David C. Bratz
6  LeGros, Buchanan & Paul
701 Fifth Avenue, Suite 2500
7  Seattle, WA  98104

8

9

10

11

12
        _/s/ Barbara Ness_
13        Barbara Ness, Legal Assistant
          Email:  barb@boatlaw.com
14

15

16

17

18

19

20

21

22

23

24

25