1  David B. Anderson
   Anderson, Connell & Carey
2  1501 Eldridge Avenue
   P.O. Box 1015
3  Bellingham, WA  98227-1015
   360-671-6711 Telephone
4  360-647-2943 Facsimile
5  boatlaw@boatlaw.com
   Counsel for Plaintiff
6
7
8              UNITED STATES DISTRICT COURT
9          FOR THE DISTRICT OF ALASKA AT ANCHORAGE
10
11 ARTHUR GAMASH,                       )
                                        )
12              Plaintiff,              )
                                        )
13      v.                              )
                                        )
14 FISHERMEN'S WILD ALASKAN             )
   SEAFOOD, INC.; HARRY SINZ, and       )
15 VICKI SINZ, a/k/a/ VICKI VICKERY, and )
   F/V ECLIPSE, Official No. 226744,    )
16 including all her appurtenances,     )
                                        )
17              Defendants.             )  **Case No.: A05-0146 CV (JWS)**
18 _____)

19      **(PROPOSED) ORDER GRANTING LEAVE TO WITHDRAW**

20  **Note for Motion Calendar: _____, 2006**

21      Upon the motion of David B. Anderson and James B. Pentlarge, attorneys

22 for plaintiff, in behalf of themselves and their respective law firms Anderson,

23 Connell & Carey and The Pentlarge Law Group, for leave to withdraw their

24 appearances as counsel for plaintiff in this cause; having reviewed the records

25 and files herein, together with the Declaration of David B. Anderson, sworn to

(PROPOSED ORDER) GRANTING MOTION FOR
LEAVE TO WITHDRAW -    Page 1

January 23, 2006; and being otherwise fully advised in the premises; now, therefore,

    IT IS ORDERED that David B. Anderson, and his law firm, Anderson, Connell & Carey, and James B. Pentlarge, and his lawfirm, the Pentlarge Law Group, are hereby granted leave to withdraw their appearances as counsel for plaintiff Arthur Gamash in this cause.

    DATED this _____ day of _____, 2006.

_____
U.S. DISTRICT COURT JUDGE

Presented by:

ANDERSON, CONNELL & CAREY

By  /s/ *David B. Anderson*
    DAVID B. ANDERSON, ABA #0009053
    Attorneys for Plaintiff

PENTLARGE LAW GROUP

By  /s/ *James B. Pentlarge*
    JAMES B. PENTLARGE, ABA #8306054
    Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2006, I presented **(PROPOSED) ORDER GRANTING LEAVE TO WITHDRAW** to the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following:

Mr. David C. Bratz
LeGros, Buchanan & Paul
701 Fifth Avenue, Suite 2500
Seattle, WA  98104


  /s/ Barbara Ness
Barbara Ness, Legal Assistant
Email:  barb@boatlaw.com