David B. Anderson
Anderson, Connell & Carey
1501 Eldridge Avenue
P.O. Box 1015
Bellingham, WA  98227-1015
360-671-6711 Telephone
360-647-2943 Facsimile
boatlaw@boatlaw.com
Counsel for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ARTHUR GAMASH, <br><br> Plaintiff, <br><br> v. <br><br> FISHERMEN'S WILD ALASKAN SEAFOOD, INC.; HARRY SINZ, and VICKI SINZ, a/k/a/ VICKI VICKERY, and F/V ECLIPSE, Official No. 226744, including all her appurtenances, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No.: A05-0146 CV (JWS) <br> ) |

## DECLARATION OF DAVID B. ANDERSON

## IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW

David B. Anderson declares and states as follows:

1. I am one of the attorneys for plaintiff.

2. I am principal counsel for plaintiff. James B. Pentlarge of the Pentlarge Law Group of Anchorage, has appeared to assist with service of process.

3. Despite my best efforts, I have been unable to maintain adequate communication with my client, plaintiff Arthur Gamash, to permit me to represent

his interests. Accordingly, in behalf of myself and my law firm; and in behalf of James Pentlarge and the Pentlarge Law Group, I hereby request leave to withdraw our appearance as counsel for plaintiff in this case.

4. I wrote plaintiff on November 4, 2005, notifying him of my intent to withdraw as his counsel. A copy of my letter is attached hereto as Exhibit A. This letter was sent by certified mail and came back unclaimed. However, I received a telephone call from plaintiff on November 28, 2005. At that time, I confirmed my intention to withdraw as his counsel. I asked him to provide me with his current address. He gave me the following:

> c/o Marybeth Lescantz
> 3601 Main Street, #7
> Homer, AK 99603

5. On January 12, 2006, I sent a letter to the plaintiff at the foregoing address, confirming our telephone conversation of November 28, 2005 and urging him to make arrangements for substitute counsel as soon as possible. A copy of my letter is attached hereto as Exhibit B.

6. I have caused notice of a motion for leave to withdraw and supporting papers to be sent by certified mail to plaintiff at the aforementioned address.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed at Bellingham, Washington this 17th day of February, 2006.

/s/ David B. Anderson
David B. Anderson

DECLARATION OF DAVID B. ANDERSON IN SUPPORT
OF MOTION FOR LEAVE TO WITHDRAW - Page 2
Case No: A05-0146 CV (JWS)

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2006, I presented **DECLARATION OF DAVID B. ANDERSON IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW** to the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following:

Mr. David C. Bratz
LeGros, Buchanan & Paul
701 Fifth Avenue, Suite 2500
Seattle, WA 98104

/s/ Barbara Ness
Barbara Ness, Legal Assistant
Email: barb@boatlaw.com

# EXHIBIT A

DAVID BOWEN ANDERSON*

GORDON T. CAREY, JR.

---

ADMITTED IN
WASHINGTON AND OREGON

*ALSO ADMITTED IN ALASKA



ANDERSON, CONNELL & CAREY
ATTORNEYS AT LAW

BELLINGHAM
(360) 671-6711

SEATTLE
(206) 624-8647

PORTLAND
(503) 232-6711

FAX
(360) 647-2943

boatlaw@boatlaw.com
www.boatlaw.com

November 4, 2005

<u>Via Certified Mail</u>

Mr. Arthur Gamash
2820 Spruce Cape Road, #1
Kodiak, AK 99615

  Re: **Arthur Gamash v. Fishermen's Wild Alaska Seafoods, Inc.**
     **Cause No: A-05-145-CV**

Dear Mr. Gamash:

  We wrote to you on July 26 and August 29, 2005. Per your instructions, the letters were sent to both the Kodiak address above, and general delivery to the post office in Homer, Alaska. All correspondence has been returned to us marked "return to sender," "unclaimed," and "unable to forward."

  Our attempts to reach you by telephone have also been unsuccessful. The telephone number you provided us (760-617-8118) is disconnected; and there is no answer and no answering machine at the message number you gave us (907-486-2993).

  We sent a certified letter to you on October 11, 2005. In that letter we told you that we would not be able to prosecute your claim without your cooperation, and that you needed to contact us no later than October 25, 2005, or we would have no alternative but to withdraw as your counsel. Still, no word from you.

  At this point, we are in the process of preparing a motion, asking the court for leave to withdraw as your counsel. Upon our withdrawal, your claim will be subject to dismissal, with resulting <u>termination of any rights you may have</u>. If you wish for us to proceed in your behalf, you must contact us immediately.

           Very truly yours,

           ANDERSON, CONNELL & CAREY

          *[signature]*

          David B. Anderson

DBA/bn

PLEASE REPLY TO BELLINGHAM OFFICE
1501 ELDRIDGE AVENUE · P.O. BOX 1015 · BELLINGHAM, WA 98227-1015
999 THIRD AVENUE · SUITE 3800 · SEATTLE, WA 98104-4023

**EXHIBIT B**

DAVID BOWEN ANDERSON*

GORDON T. CAREY, JR.

ADMITTED IN
WASHINGTON AND OREGON

*ALSO ADMITTED IN ALASKA



ANDERSON, CONNELL & CAREY
ATTORNEYS AT LAW

BELLINGHAM
(360) 671-6711

SEATTLE
(206) 624-8647

PORTLAND
(503) 232-6711

FAX
(360) 647-2943

boatlaw@boatlaw.com
www.boatlaw.com

January 12, 2006

Mr. Arthur Gamash
3601 Main Street, #7
Homer, AK  99603

Re:   **Arthur Gamash v. Fishermen's Wild Alaska Seafoods, Inc.
      Cause No: A-05-145-CV**

Dear Mr. Gamash:

Confirming our telephone conversation of November 28, 2005, we will be filing a motion to withdraw as your counsel, a copy of which is enclosed. Please make arrangements for substitute counsel as soon as possible. We will, of course, cooperate by providing copies of our file.

Very truly yours,

ANDERSON, CONNELL & CAREY

David B. Anderson

DBA/bn