

David B. Anderson
Anderson, Connell & Carey
1501 Eldridge Avenue
P.O. Box 1015
Bellingham, WA  98227-1015
360-671-6711 Telephone
360-647-2943 Facsimile
boatlaw@boatlaw.com
Counsel for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

ARTHUR GAMASH,                                    )
                                                  )
                          Plaintiff,              )
                                                  )
          v.                                      )
                                                  )
FISHERMEN'S WILD ALASKAN                          )
SEAFOOD, INC.; HARRY SINZ, and                    )
VICKI SINZ, a/k/a/ VICKI VICKERY, and             )
F/V ECLIPSE, Official No. 226744,                 )
including all her appurtenances,                  )
                                                  )
                          Defendants.             )   **Case No.: A05-0146 CV (JWS)**
                                                  )

## <u>REPORT BY PLAINTIFF'S WITHDRAWING COUNSEL</u>

In accordance with the Court's order of March 29, 2006, plaintiff's

withdrawing counsel files the following report regarding Mr. Gamash:

　　　　1.　　On March 29, 2006, I sent a letter to Arthur Gamash by Federal

Express.  A copy of that letter, and enclosures, is attached hereto as Exhibit 1.

　　　　2.　　On April 3, 2006, I received a telephone call from plaintiff Arthur

Gamash, who advised that he was living at the Homer Cabins, 3601 Main Street,

Homer, Alaska 99603. Mr. Gamash stated that he had received the materials which I sent to him on March 29, 2006.

3.    I sent another letter to Arthur Gamash, dated April 3, 2006, a copy of which is attached hereto as Exhibit 2.

4.    Although I have attempted to contact him by telephone, I have had no further communication with Mr. Gamash. On May 17, 2006, I spoke by telephone with a woman at the Homer Cabins who said that she was Mr. Gamash's wife. I confirmed that I am withdrawing as his counsel. She informed me that he had not retained new counsel. Accordingly, to the best of my knowledge, plaintiff's contact information remains as follows:

> Arthur Gamash
> Homer Cabins
> 3601 Main Street
> Homer, AK 99603
> Telephone: 907-235-6768

5.    I have on this date sent a copy of this report by plaintiff's withdrawing counsel to plaintiff Arthur Gamash at the foregoing address.

6.    The undersigned, in behalf the law firms of Anderson, Connell & Carey and the Pentlarge Law Group, hereby renews the Motion to Withdraw as Counsel.

DATED this 22d day of May, 2006.

> Respectfully submitted,
>
> ANDERSON, CONNELL & CAREY
>
>
> /s/ David B. Anderson
> DAVID B. ANDERSON WSBA #5528
> Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on May _23_, 2006, I presented **REPORT BY**

**PLAINTIFF'S WITHDRAWING COUNSEL** to the Clerk of Court for filing and

uploading to the CM/ECF system which will send notification of such filing to the

following:

Mr. David C. Bratz
LeGros, Buchanan & Paul
701 Fifth Avenue, Suite 2500
Seattle, WA  98104

    I further certify that on May _23_, 2006, I caused to be mailed, by first

class mail, postage prepaid, an envelope containing a copy of **REPORT BY**

**PLAINTIFF'S WITHDRAWING COUNSEL** to the following interested parties:

Mr. David C. Bratz
LeGros, Buchanan & Paul
701 Fifth Avenue, Suite 2500
Seattle, WA  98104

                     _/s/ Barbara Ness_
                     Barbara Ness, Legal Assistant
                     Email:  barb@boatlaw.com

# EXHIBIT 1

**DAVID BOWEN ANDERSON**

**GORDON T. CAREY, JR.**

ADMITTED IN
WASHINGTON AND OREGON

*ALSO ADMITTED IN ALASKA



**ANDERSON, CONNELL & CAREY**
ATTORNEYS AT LAW

BELLINGHAM
(360) 671-6711
**SEATTLE**
(206) 624-8647
**PORTLAND**
(503) 232-6711
**FAX**
(360) 647-2943

boatlaw@boatlaw.com
www.boatlaw.com

March 29, 2006

<u>Via Federal Express</u>

Mr. Arthur Gamash
c/o Marybeth Lescantz
3601 Main Street, #7
Homer, AK  99603

Re:   **Arthur Gamash v. Fishermen's Wild Alaska Seafoods, Inc.**
**Cause No:  A-05-145-CV**

Dear Mr. Gamash:

Enclosed are copies of the correspondence and enclosures which we have mailed to you during the interval July 26, 2005 through February 17, 2006, all of which have been returned to us by the post office. Also enclosed is a copy of a letter we sent to you on March 21, 2006, which we do not know if you have received.

Before we formally withdraw as your counsel, we want to be certain that you understand that upon our withdrawal, your claim will be subject to dismissal, with resulting <u>termination of any rights you may have</u>.

It is urgent that you contact me immediately upon receipt of this letter.

Very truly yours,

ANDERSON, CONNELL & CAREY

David B. Anderson

DBA/bn
Enclosures

DAVID BOWEN ANDERSON*

GORDON T. CAREY, JR.

ADMITTED IN
WASHINGTON AND OREGON

*ALSO ADMITTED IN ALASKA

**ANDERSON, CONNELL & CAREY**
ATTORNEYS AT LAW

BELLINGHAM
(360) 671-6711

**SEATTLE**
(206) 624-8647

**PORTLAND**
(503) 232-6711

**FAX**
(360) 647-2943

boatlaw@boatlaw.com
www.boatlaw.com

July 26, 2005

Mr. Arthur Gamash
General Delivery
Homer, AK 99603

    Re:  **Arthur Gamash v. Fishermen's Wild Alaska Seafoods, Inc.
          Cause No: A-05-145-CV**

Dear Art:

    Enclosed is a copy of a complaint which we filed in your behalf on June 21, 2005. Also enclosed is a copy of the answer which has been filed by defendant Wild Alaska Seafoods, Inc.

    The answer is puzzling in a couple of respects. First, at paragraph 9, it denies that you were a member of the crew of the ECLIPSE. Second, there is an affirmative defense that any claim you might be able to make is time-barred.

    From our discussions with you, it seems clear that you were, in fact, a crewmember aboard the ECLIPSE at the time of your injury, which occurred on or about July 1, 2002. Also, although you said you were not certain of the exact date of your injury, you were sure it happened within 2 to 4 days before the 4th of July, 2002. For your claim to be time-barred as defendants assert, your injury would have had to occur sometime before June 21, 2002.

    As you know, since you have been fishing for the last month and a half, we have had difficulty maintaining communication with you. We need to have your assistance in gathering documentation and discussing the facts related to your claim, and the issues raised by defendants' answer.

Mr. Arthur Gamash
July 26, 2005
Page 2

     Please give us a call as soon as possible.

                Very truly yours,

                ANDERSON, CONNELL & CAREY

                David B. Anderson

DBA/bn
Enclosures
cc:    Mr. Arthur Gamash
       2820 Spruce Cape Road, #1
       Kodiak, AK  99615



FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 JUN 21  PM 4:15

1  David B. Anderson, Esquire
   Anderson, Connell & Carey
2  1501 Eldridge Avenue
   PO Box 1015
3  Bellingham, WA 98227-1015
   360-671-5711 Telephone
4  360-647-2943 Facsimile
   boatlaw@boatlaw.com
5  Counsel for Plaintiff

6

7                UNITED STATES DISTRICT COURT

8           FOR THE DISTRICT OF ALASKA AT ANCHORAGE

9  ARTHUR GAMASH,                    )
                                     )
10              Plaintiff,           )
                                     )
11 v.                                )
                                     )
12 FISHERMEN'S WILD ALASKAN          )
13 SEAFOOD, INC., HARRY SIMMS, and   )
   JANE DOE SIMMS, and F/V ECLIPSE,  )
14 Official No. 226744, including all her )
   appurtenances,                    )
15                                   )
                                     )          A05-146.CIV
16              Defendants.          )
                                     )        Case No.:
17

18  **SEAMAN'S COMPLAINT *IN PERSONAM* AND *IN REM* FOR DAMAGES FOR
      PERSONAL INJURIES, MAINTENANCE AND CURE AND WAGES,
19                       AND JURY DEMAND**

20                       **FIRST CLAIM**

21      1.    Plaintiff Arthur Gamash is a seaman and brings this action pursuant to the

22  provisions of 28 U.S.C. §1916 without prepayment of fees and costs and without

23  deposit of security therefore.

24

25

SEAMAN'S COMPLAINT *IN PERSONAM* AND
*IN REM* FOR DAMAGES FOR PERSONAL
INJURIES ... Page 1

2.    This action is governed by the admiralty and maritime law as modified by the Jones Act, 46 U.S.C., §688. This Court has jurisdiction pursuant to 46 U.S.C. §688; 28 U.S.C. §1331; 28 U.S.C. §1333; and 28 U.S.C. §1367.

3.    The defendant vessel is now, or during the pendency of this case will be within this district and within the jurisdiction of this Court.

4.    Plaintiff alleges upon information and belief that at all times mentioned herein defendant Fishermen's Wild Alaska Seafoods, Inc. was and now is a corporation organized and existing according to law, having its principal place of business in Anchorage, Alaska, and doing business within this district.

5.    Plaintiff alleges upon information and belief that defendants Harry Simms and Jane Doe Simms, reside in this district and constitute a marital community under Alaska law; and that at all times mentioned herein, defendants were acting for the benefit of said marital community.

6.    At all times mentioned herein, the F/V ECLIPSE, Official No. 226744, was an American flag vessel operating upon the navigable waters of the United States and the high seas.

7.    Plaintiff alleges upon information and belief that at all times mentioned herein the said ECLIPSE was owned by defendants.

8.    Plaintiff alleges upon information and belief that at all times mentioned herein the said vessel was manned, operated, maintained and controlled by defendants.

9.    At all times mentioned herein, plaintiff was in the employ of defendants as a seaman and member of the crew in the service of the ECLIPSE.

SEAMAN'S COMPLAINT *IN PERSONAM* AND
*IN REM* FOR DAMAGES FOR PERSONAL
INJURIES . . .   Page 2

10.    On or about July 1, 2002, while plaintiff was engaged in the course of his duties in the service of said vessel, defendants were negligent in, among other things, causing, allowing, and permitting the said vessel and her appurtenances to be operated in such a manner as to unreasonably endanger plaintiff's safety; causing, allowing, and permitting the vessel and her appurtenances to be in a dangerous, defective and hazardous condition; failing to warn plaintiff of impending dangers; failing to provide a seaworthy vessel and a safe method of operation; failing to provide plaintiff with a safe place in which to work; failing to promulgate and enforce proper and safe rules of seamanship in the supervision and conduct of the work; failing to provide sufficient and competent officers and co-employees; failing to supply proper gear and equipment, and to inspect and maintain the same in proper order; and otherwise acted so negligently as to cause a halibut hook to be impaled in plaintiff's arm causing severe injury and disability.

11.    As a result of said incident, plaintiff was hurt and injured in his health, strength, and activity, sustaining injury to his body and shock and injury to his nervous system and person, all of which said injuries have caused and continue to cause plaintiff great mental, physical and nervous pain and suffering, and plaintiff alleges upon information and belief that said injuries will result in some permanent disability to plaintiff, all to his general damage according to proof.

12.    As a further result of said incident, plaintiff was required to and did employ physicians and other health care providers for medical examination, care and treatment of said injuries, and plaintiff alleges upon information and belief that he may require such services in the future.  The cost and reasonable value of the health care services

1   received and to be received by plaintiff is presently unknown to him, and plaintiff prays

2   leave to insert the elements of damages in this respect when the same are finally

3   determined.

4       13.    As a further result of said incident, plaintiff has suffered and will continue

5   in the future to suffer loss of income in a presently unascertained sum, and plaintiff

6   prays leave to insert the elements of damage in this respect when the same are finally

7   determined.

8

9                                   **SECOND CLAIM**

10      14.    Plaintiff realleges and incorporates herein by reference paragraphs 1

11  through 13 of his First Claim hereinabove set forth.

12      15.    On or about July 1, 2002, while plaintiff was engaged in the course of his

13  duties in the service of said vessel, the ECLIPSE was unseaworthy in that, among other

14  things, said vessel and her appurtenances were being operated in such a manner as to

15  unreasonably endanger plaintiff's safety; said vessel and her appurtenances were in a

16  dangerous, defective and hazardous condition; the place where plaintiff was required to

17  work was unsafe; sufficient and competent officers and co-employees were lacking;

18  sufficient gear and equipment in proper working order were lacking; work in progress

19  was being conducted by unsafe methods without sufficient and properly trained

20  personnel and without adequate supervision; and the said vessel was otherwise so

21  unseaworthy as to cause a halibut hook to be impaled in plaintiff's arm causing severe

22  injury and disability.

23

24

25

## THIRD CLAIM

16.     Plaintiff realleges and incorporates herein by reference paragraphs 1 through 13 of his First Claim hereinabove set forth.

17.     On or about July 1, 2002, plaintiff became injured and disabled while in the service of the vessel.

18.     Upon plaintiff's becoming injured and disabled as aforesaid, it became the duty of defendants to pay to plaintiff the expenses of his maintenance and cure, as well as his wages to the end of the period of employment for which plaintiff was engaged, but said defendants failed and neglected to make payment thereof, despite knowledge of plaintiff's continuing disability.

19.     By reason of the premises, plaintiff has been damaged in sums according to proof for maintenance and cure and unearned wages, the precise amounts of which are presently unascertained, and plaintiff prays leave to insert the elements of damages in this respect when the same are finally determined.

20.     By reason of said neglect, plaintiff was obliged to engage the services of counsel and has incurred and will continue to incur attorneys' fees and expenses for which plaintiff is entitled to recover.

WHEREFORE, plaintiff prays judgment against defendants as follows:

1.     For his general damages according to proof;

2.     For all expenses for health care providers according to proof;

3.     For all loss of income past and future according to proof;

4.     For maintenance, cure and unearned wages according to proof;

5.     For reasonable attorneys' fees and expenses;

6. For prejudgment interest according to general maritime law;

7. For plaintiff's costs of suit incurred herein; and

8. For such other and further relief as the Court deems just.

DATED this 21ST day of June, 2005.

PENTLARGE LAW GROUP

_James B. Pentlarge_

James B. Pentlarge, ABA No. 8306054
Counsel for Plaintiff

ANDERSON, CONNELL & CAREY

_David B. Anderson_

David B. Anderson, ABA No. 0009053
Counsel for Plaintiff

# VERIFICATION

I, David B. Anderson, declare under penalty of perjury under the laws of the United States of America, as follows:

1.      I am one of the attorneys for plaintiff in the above-entitled action.

2.      I have read the foregoing complaint, and the same is true to the best of my knowledge, information and belief.

Executed at Bellingham, Washington, this 20th day of June, 2005.

/s/
David B. Anderson

. . .

SEAMAN'S COMPLAINT *IN PERSONAM* AND
*IN REM* FOR DAMAGES FOR PERSONAL
INJURIES . . .   Page 7



1  David C. Bratz, ASB #0502004
   LeGros Buchanan & Paul
2  701 Fifth Avenue, Suite 2500
   Seattle, Washington 98104
3  Phone: (206) 623-4990
   Fax:   (206)-467-4828
4
   Counsel for Defendant,
5  Fishermen's Wild Alaskan Seafood, Inc.

6              UNITED STATES DISTRICT COURT

7         FOR THE DISTRICT OF ALASKA AT ANCHORAGE

8
   ARTHUR GAMASH,
9
                        Plaintiff,
10
                  v.
11
   FISHERMEN'S WILD ALASKAN SEAFOOD,
12 INC., HARRY SIMMS, and JANE DOE SIMMS,              No. A-05-146CV
   and F/V ECLIPSE, Official No. 226744,
13 including all her appurtenances,
14
                        Defendants.
15
                    ANSWER TO COMPLAINT
16
        Defendant, Fishermen's Wild Alaskan Seafood, Inc. appears through counsel and
17
   responds to the Complaint in this matter as follows:
18
        1.     Defendant is without sufficient information to admit or deny the allegations
19
   contained in paragraph 1 of the Complaint and therefore denies same.
20
        2.     Defendant admits that on the face of the allegations contained in the Complaint,
21
   this action is governed by admiralty and maritime law.  Whether the facts ultimately bring the
22
   matter within such law remains to be seen.
23

   ANSWER TO COMPLAINT
   Gamash v. Fishermen's Wild Alaskan Seafood, Inc., et al.
   [Cause No. - A-05-146CV] – Page 1 of 1
   26528 SMP  FV ECLIPSE gg133801

LeGros Buchanan
& Paul
701 FIFTH AVENUE, SUITE 2500
SEATTLE, WASHINGTON 98104-7051
(206) 623-4990  FAX (206) 467-4828

1    3.    Defendant is without sufficient information to admit or deny the allegations

2  contained in paragraph 3 of the Complaint and therefore denies same.

3    4.    Defendant admits all allegations contained in paragraph 4 of the Complaint.

4    5.    Defendant is without sufficient information to admit or deny the allegations

5  contained in paragraph 5 of the Complaint and therefore denies same.

6    6.    Defendant admits all allegations contained in paragraph 6 of the Complaint.

7    7.    Defendant admits that it owned the F/V ECLIPSE as of July 1, 2002. Defendant

8  denies all other allegations contained in paragraph 7 of the Complaint.

9    8.    Defendant admits that as of July 1, 2002, it manned, operated, maintained and

10  controlled the vessel. Defendant denies all other allegations contained in paragraph 8 of the

11  Complaint.

12    9.    Defendant denies all allegations contained in paragraph 9 of the Complaint.

13    10.    Defendant denies all allegations contained in paragraph 10 of the Complaint.

14    11.    Defendant is without sufficient information to admit or deny the allegations

15  contained in paragraph 11 of the Complaint and therefore denies same.

16    12.    Defendant is without sufficient information to admit or deny the allegations

17  contained in paragraph 12 of the Complaint and therefore denies same.

18    13.    Defendant is without sufficient information to admit or deny the allegations

19  contained in paragraph 13 of the Complaint and therefore denies same.

20    14.    Defendant re-alleges and incorporates all responses to paragraphs 1 though 13

21  above.

22    15.    Defendant denies all allegations contained in paragraph 15 of the Complaint.

23

LE GROS BUCHANAN
& PAUL
701 FIFTH AVENUE, SUITE 2500
SEATTLE, WASHINGTON 98104-7051
(206) 623-4990   FAX (206) 467-4828

16.     Defendant re-alleges and incorporates all responses to paragraphs 1 though 15 above.

17.     Defendant denies all allegations contained in paragraph 17 of the Complaint.

18.     Defendant admits that no payment of maintenance, cure or unearned wages has been made to or on behalf of claimant.  Defendant denies all other allegations contained in paragraph 18 of the Complaint.

19.     Defendant denies all allegations contained in paragraph 19 of the Complaint.

20.     Defendant denies all allegations contained in paragraph 20 of the Complaint.

## AFFIRMATIVE DEFENSES

In further response to the Complaint in this matter, defendant alleges as follows:

1.     Any arguable cause of action that Plaintiff may possess against Defendant is time-barred.

2.     Any injury sustained by claimant was the sole result of his own negligence.

WHEREFORE, having fully responded to the Complaint in this matter, Defendant prays that this suit be dismissed with prejudice and that Defendant be awarded such other relief as the Court deems appropriate.

DATED this _18_ day of July 2005.

LE GROS, BUCHANAN & PAUL

By: _____
DAVID C. BRATZ, ASB #0502004
Attorneys for Defendant,
Fishermen's Wild Alaskan Seafood, Inc.

ANSWER TO COMPLAINT
Gamash v. Fishermen's Wild Alaskan Seafood, Inc., et al.
[Cause No. - A-05-146CV] -- Page 3 of 3
26528 SMP  FV ECLIPSE gg133801

LE GROS BUCHANAN
& PAUL
701 FIFTH AVENUE, SUITE 2500
SEATTLE, WASHINGTON 98104-7051
(206) 623-4990   FAX (206) 467-4828

1

## CERTIFICATE OF SERVICE

2      The undersigned certifies that on this day he/she caused to be served
in the manner noted below, a copy of the document to which this certificate is
attached, on the following counsel of record:

3      David B. Anderson, Esq.
ANDERSON, CONNELL & CAREY

4      1501 Eldridge Avenue
P.O. Box 1015
Bellingham, WA 98227-1015

5
☒ Via Mail
6      ☒ Via Facsimile
☐ Via Messenger

7      I certify under penalty of perjury under the laws of the State of
Washington that the foregoing is true and correct this ___19th___ day of July,
2005.

8      

Signed at Seattle, Washington

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

LE GROS BUCHANAN
& PAUL
701 FIFTH AVENUE, SUITE 2500
SEATTLE, WASHINGTON 98104-7051
(206) 623-4990   FAX (206) 467-4828

ANSWER TO COMPLAINT
Gamash v. Fishermen's Wild Alaskan Seafood, Inc., et al.
[Cause No. - A-05-146CV] – Page 4 of 4
26528 SMP  FV ECLIPSE gg133801

DAVID BOWEN ANDERSON*

GORDON T. CAREY, JR.

ADMITTED IN
WASHINGTON AND OREGON

*ALSO ADMITTED IN ALASKA



**ANDERSON, CONNELL & CAREY**
A T T O R N E Y S   A T   L A W

BELLINGHAM
(360) 671-6711

SEATTLE
(206) 624-8647

PORTLAND
(503) 232-6711

FAX
(360) 647-2943

boatlaw@boatlaw.com
www.boatlaw.com

August 29, 2005

Mr. Arthur Gamash
2820 Spruce Cape Road, #1
Kodiak, AK  99615

  Re: **Arthur Gamash v. Fishermen's Wild Alaska Seafoods, Inc.**
    **Cause No:  A-05-145-CV**

Dear Mr. Gamash:

  Please find enclosed a release form received from Alaska Regional Hospital that must be signed and executed by you, so that we may obtain copies of your records.  Please sign where indicated and return it to us in the enclosed, self-addressed, stamped envelope, which we are providing for your convenience.

  Feel free to give us a call if you have questions concerning this request. Thank you for your prompt attention to this matter.

      Respectfully,

      ANDERSON, CONNELL & CAREY

      Debra Sheldon
      Paralegal

/ds
Enclosure

PLEASE REPLY TO BELLINGHAM OFFICE
1501 ELDRIDGE AVENUE · P.O. BOX 1015 · BELLINGHAM, WA 98227-1015
999 THIRD AVENUE · SUITE 3800 · SEATTLE, WA 98104-4023
721 S.W. OAK STREET · SECOND FLOOR · PORTLAND, OR 97205

# ALASKA REGIONAL
## H O S P I T A L

**2801 DeBarr Road**
**Anchorage, AK  99508**
**Telephone: (907) 264-1291**
**Fax: (907) 264-1022**

Patient Name:_____

Date of Birth:_____

Medical Record #_____

Release to: (Name & Address)

_____

_____

_____

Medical  Record Log #_____

I request and authorize Alaska Regional Hospital or (facility or organization) _____ to release the information specified below to the individual / organization listed above. I understand this release is only for records dated on or before the date of this signed request/release. Any hospital visits following this date will need a new release filled out.

Is this request for psychotherapy notes? ☐ Yes, ☐ No, If yes, then this is the only item you may request on this authorization. You must submit another authorization for other items below. If no, then you may check as many items below as you need.

| Description: | Date(s): | Description: | Date(s): | Description: | Date(s): |
|---|---|---|---|---|---|
| ☐ All PHI in medical record | | ☐ Operative Information | | ☐ Labor/Delivery Sum. | |
| ☐ Admission form | | ☐ Cath Lab | | ☐ Radiology report/film | |
| ☐ Dictation reports | | ☐ Transfer Forms | | ☐ Postpartum flow Sheet | |
| ☐ Physician Orders | | ☐ ER Information | | ☐ Billing Record. | |
| ☐ Medication Sheets | | ☐ Laboratory tests | | ☐ Other: | |

I acknowledge, and hereby consent  that the  information released may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information.  **IF YOU DO NOT WANT THIS INFORMATION RELEASED, YOU MUST INITIAL HERE_____**
This consent for release of Protected Health Information is good for 90 days unless otherwise stated _____. I understand that I may revoke this authorization at any time, except to the extent that action has already been taken in compliance with this consent. This facility, its employees, and the attending physician are hereby released from legal responsibility or liability for the release of the above information. I understand my first copy is free of charge, but I could be charged for additional copies.

I understand that I may refuse to sign this authorization and that it is strictly voluntary.  If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.  If the requester or receiver is not a health plan or a health care provider, the released information may no longer be protected by federal privacy regulations and may be redisclosed.

Purpose of Disclosure (Please check all applicable):
☐  Further Medical Treatment        ☐   Legal Proceedings        ☐   Insurance Claim        Other (Specify)

Is the request of Protected Health Information for the purpose of marketing? ☐ Yes, ☐ No.  If yes, will the recipient receive financial or in kind compensation in exchange for using or disclosing this information?  ☐ Yes, ☐ No.  If yes, describe: _____

_____        _____
**Signature of Patient**        **Date**

_____        _____
**Signature of Person Authorized to Sign for Patient**        **Relationship**

_____        _____
**Address**        **Phone Number**

_____        _____
**City, State, and Zip Code**        **Driver's License Number or Other Identification**

_____        _____
**Signature of Witness**        **Signature of Witness**

DAVID BOWEN ANDERSON

GORDON T. CAREY, JR.

ADMITTED IN
WASHINGTON AND OREGON

*ALSO ADMITTED IN ALASKA



ANDERSON, CONNELL & CAREY
ATTORNEYS AT LAW

BELLINGHAM
(360) 671-6711

SEATTLE
(206) 624-8647

PORTLAND
(503) 232-6711

FAX
(360) 647-2943

boatlaw@boatlaw.com
www.boatlaw.com

October 11, 2005

<u>Via Certified Mail</u>

Mr. Arthur Gamash
2820 Spruce Cape Road, #1
Kodiak, AK  99615

   Re:  **Arthur Gamash v. Fishermen's Wild Alaska Seafoods, Inc.**
        **Cause No: A-05-145-CV**

Dear Mr. Gamash:

    We wrote to you on August 29, 2005, asking that you sign a form release which would enable us to obtain copies of your medical records from Alaska Regional Medical Center.  You did not respond to our request.

    Our attempts to reach you by telephone have also been unsuccessful.  The telephone number you provided us (760-617-8118) is disconnected; and there is no answer and no answering machine at the message number you gave us (907-486-2993).

    We cannot prosecute your claim without your cooperation.  If you do not contact me immediately, we will have no alternative but to withdraw as your counsel.

    Please contact us no later than October 25, 2005.

                    Very truly yours,

                    ANDERSON, CONNELL & CAREY

                    David B. Anderson

DBA/bn
cc: Mr. Arthur Gamash
     2820 Spruce Cape Road, #1
     Kodiak, AK  99615



DAVID BOWEN ANDERSON

GORDON T. CAREY, JR.

———————

ADMITTED IN
WASHINGTON AND OREGON

*ALSO ADMITTED IN ALASKA

ANDERSON, CONNELL & CAREY
A T T O R N E Y S   A T   L A W

BELLINGHAM
(360) 671-6711

SEATTLE
(206) 624-8647

PORTLAND
(503) 232-6711

FAX
(360) 647-2943

boatlaw@boatlaw.com
www.boatlaw.com

November 4, 2005

<u>Via Certified Mail</u>

Mr. Arthur Gamash
2820 Spruce Cape Road, #1
Kodiak, AK  99615

    Re:   **Arthur Gamash v. Fishermen's Wild Alaska Seafoods, Inc.
          Cause No:  A-05-145-CV**

Dear Mr. Gamash:

    We wrote to you on July 26 and August 29, 2005.  Per your instructions, the letters were sent to both the Kodiak address above, and general delivery to the post office in Homer, Alaska.  All correspondence has been returned to us marked "return to sender," "unclaimed," and "unable to forward."

    Our attempts to reach you by telephone have also been unsuccessful.  The telephone number you provided us (760-617-8118) is disconnected; and there is no answer and no answering machine at the message number you gave us (907-486-2993).

    We sent a certified letter to you on October 11, 2005.  In that letter we told you that we would not be able to prosecute your claim without your cooperation, and that you needed to contact us no later than October 25, 2005, or we would have no alternative but to withdraw as your counsel.  Still, no word from you.

    At this point, we are in the process of preparing a motion, asking the court for leave to withdraw as your counsel.  Upon our withdrawal, your claim will be subject to dismissal, with resulting <u>termination of any rights you may have</u>.  If you wish for us to proceed in your behalf, you must contact us immediately.

    Very truly yours,

    ANDERSON, CONNELL & CAREY

    David B. Anderson

DBA/bn

PLEASE REPLY TO BELLINGHAM OFFICE
1501 ELDRIDGE AVENUE · P.O. BOX 1015 · BELLINGHAM, WA 98227-1015
999 THIRD AVENUE · SUITE 3800 · SEATTLE, WA 98104-4023
721 S.W. OAK STREET · SECOND FLOOR · PORTLAND, OR 97205

DAVID BOWEN ANDERSON*

GORDON T. CAREY, JR.

ADMITTED IN
WASHINGTON AND OREGON

*ALSO ADMITTED IN ALASKA



ANDERSON, CONNELL & CAREY
ATTORNEYS AT LAW

BELLINGHAM
(360) 671-6711

SEATTLE
(206) 624-8647

PORTLAND
(503) 232-6711

FAX
(360) 647-2943

boatlaw@boatlaw.com
www.boatlaw.com

January 12, 2006

Mr. Arthur Gamash
3601 Main Street, #7
Homer, AK 99603

> Re:    **Arthur Gamash v. Fishermen's Wild Alaska Seafoods, Inc.
> Cause No: A-05-145-CV**

Dear Mr. Gamash:

Confirming our telephone conversation of November 28, 2005, we will be filing a motion to withdraw as your counsel, a copy of which is enclosed. Please make arrangements for substitute counsel as soon as possible. We will, of course, cooperate by providing copies of our file.

Very truly yours,

ANDERSON, CONNELL & CAREY

David B. Anderson

DBA/bn

COPY

1   David B. Anderson
    Anderson, Connell & Carey
2   1501 Eldridge Avenue
    P.O. Box 1015
3   Bellingham, WA  98227-1015
    360-671-6711 Telephone
4   360-647-2943 Facsimile
5   boatlaw@boatlaw.com
    Counsel for Plaintiff

6

7

8

9                   UNITED STATES DISTRICT COURT

10        FOR THE DISTRICT OF ALASKA AT ANCHORAGE

11  ARTHUR GAMASH,                          )
                                            )
12              Plaintiff,                  )
                                            )
13        v.                                )
                                            )
14                                          )
    FISHERMEN'S WILD ALASKAN               )
15  SEAFOOD, INC.; HARRY SINZ, and         )
    VICKI SINZ, a/k/a/ VICKI VICKERY, and  )
16  F/V ECLIPSE, Official No. 226744,       )
    including all her appurtenances,        )
17                                          )
                Defendants.                 )  Case No.: A05-0146 CV (JWS)
18  _____ )

19              __MOTION FOR LEAVE TO WITHDRAW__

20  **Note on Motion Calendar:** _____, 2006

21        David B. Anderson, and James B. Pentlarge, attorneys for plaintiff, in

22  behalf of themselves and their respective law firms Anderson, Connell & Carey

23  and The Pentlarge Law Group, move for leave to withdraw their appearances as

24  counsel for plaintiff in this cause.  This motion is based upon the records and files

25

MOTION FOR LEAVE TO WITHDRAW -   Page 1

herein, together with the Declaration of David B. Anderson, sworn to January 23,

2006 and filed herewith.


DATED this _____ day of January, 2006.


ANDERSON, CONNELL & CAREY


By _____

DAVID B. ANDERSON, ABA #0009053
Attorneys for Plaintiff

PENTLARGE LAW GROUP


By _____

JAMES B. PENTLARGE, ABA #8306054
Attorneys for Plaintiff

MOTION FOR LEAVE TO WITHDRAW -   Page 2



UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

ARTHUR GAMASH,                          )
                                        )
          Plaintiff,          )
                                        )
    v.                              )
                                        )
FISHERMEN'S WILD ALASKAN                )
SEAFOOD, INC.; HARRY SINZ, and          )
VICKI SINZ, a/k/a/ VICKI VICKERY, and   )
F/V ECLIPSE, Official No. 226744,       )
including all her appurtenances,        )
                                        )
          Defendants.         )  **Case No.: A05-0146 CV (JWS)**
                                        )

### DECLARATION OF DAVID B. ANDERSON

### IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW

David B. Anderson declares and states as follows:

1.      I am one of the attorneys for plaintiff.

2.      I am principal counsel for plaintiff. James B. Pentlarge, of the

Pentlarge Law Group of Anchorage, has appeared to assist with service of

process.

3.      Despite my best efforts, I have been unable to maintain adequate

communication with my client, plaintiff Arthur Gamash, to permit me to represent

his interests. Accordingly, in behalf of myself and my law firm; and in behalf of

DECLARATION OF DAVID B. ANDERSON IN SUPPORT
OF MOTION FOR LEAVE TO WITHDRAW -  Page 1
Case No: A05-0146 CV (JWS)

ANDERSON, CONNELL & CAREY
1501 ELDRIDGE AVENUE – P.O. BOX 1015
BELLINGHAM, WASHINGTON  98227-1015

1  James Pentlarge and the Pentlarge Law Group, I hereby request leave to

2  withdraw our appearances as counsel for plaintiff in this cause.

3      I declare under penalty of perjury under the laws of the United States that

4  the foregoing is true and correct.

5      Executed at Bellingham, Washington this 23rd day of January, 2006.

6

7

8                                    David B. Anderson

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

DECLARATION OF DAVID B. ANDERSON IN SUPPORT
OF MOTION FOR LEAVE TO WITHDRAW -  **Page 2**
Case No:  A05-0146 CV (JWS)

**ANDERSON, CONNELL & CAREY**
1501 ELDRIDGE AVENUE – P.O. BOX 1015
BELLINGHAM, WASHINGTON  98227-1015



1   David B. Anderson
    Anderson, Connell & Carey
2   1501 Eldridge Avenue
    P.O. Box 1015
3   Bellingham, WA  98227-1015
    360-671-6711 Telephone
4   360-647-2943 Facsimile
5   boatlaw@boatlaw.com
    Counsel for Plaintiff

6

7

8                   UNITED STATES DISTRICT COURT

9           FOR THE DISTRICT OF ALASKA AT ANCHORAGE

10

11  ARTHUR GAMASH,                        )
                                          )
12              Plaintiff,                 )
                                          )
13         v.                             )
                                          )
14  FISHERMEN'S WILD ALASKAN              )
    SEAFOOD, INC.; HARRY SINZ, and        )
15  VICKI SINZ, a/k/a/ VICKI VICKERY, and )
16  F/V ECLIPSE, Official No. 226744,     )
    including all her appurtenances,       )
17                                        )
                Defendants.               )  Case No.: A05-0146 CV (JWS)
18  _____)

19          (PROPOSED) ORDER GRANTING LEAVE TO WITHDRAW

20  Note for Motion Calendar: _____, 2006

21        Upon the motion of David B. Anderson and James B. Pentlarge, attorneys

22  for plaintiff, in behalf of themselves and their respective law firms Anderson,

23  Connell & Carey and The Pentlarge Law Group, for leave to withdraw their

24  appearances as counsel for plaintiff in this cause; having reviewed the records

25  and files herein, together with the Declaration of David B. Anderson, sworn to

(PROPOSED ORDER) GRANTING MOTION FOR
LEAVE TO WITHDRAW   Page 1

1   January 23, 2006; and being otherwise fully advised in the premises; now,

2   therefore,

3       IT IS ORDERED that David B. Anderson, and his law firm, Anderson,

4   Connell & Carey, and James B. Pentlarge, and his lawfirm, the Pentlarge Law

5   Group, are hereby granted leave to withdraw their appearances as counsel for

6   plaintiff Arthur Gamash in this cause.

7       DATED this _____ day of _____, 2006.

8

9

10

11                                       _____

                                         U.S. DISTRICT COURT JUDGE

12

13

14   Presented by:

15   ANDERSON, CONNELL & CAREY

16

17   By_____
        DAVID B. ANDERSON, ABA #0009053
18      Attorneys for Plaintiff

19   PENTLARGE LAW GROUP

20

21   By_____
        JAMES B. PENTLARGE, ABA #8306054
22      Attorneys for Plaintiff

23

24

25

(PROPOSED ORDER) GRANTING MOTION FOR
LEAVE TO WITHDRAW   Page 2

**DAVID BOWEN ANDERSON**

**GORDON T. CAREY, JR.**

ADMITTED IN
WASHINGTON AND OREGON

*ALSO ADMITTED IN ALASKA



**ANDERSON, CONNELL & CAREY**
ATTORNEYS AT LAW

**BELLINGHAM**
(360) 671-6711
**SEATTLE**
(206) 624-8647
**PORTLAND**
(503) 232-6711
**FAX**
(360) 647-2943
boatlaw@boatlaw.com
www.boatlaw.com

March 21, 2006

<u>Via Certified Mail</u>

Mr. Arthur Gamash
~~Kenaiysoth Leacentz~~
3601 Main Street, #7
Homer, AK 99603

       Re:    **Arthur Gamash v. Fishermen's Wild Alaska Seafoods, Inc.**
              **Cause No: A-05-145-CV**

Dear Mr. Gamash:

    As you are aware, we prepared a motion to withdraw as your counsel in the captioned matter. In that regard, enclosed are copies of the following documents which were e-filed today at the United States District Court for the District of Alaska at Anchorage:

    1.    Motion for Leave to Withdraw;

    2.    (Proposed) Order Granting Leave to Withdraw; and

    3.    Declaration of David B. Anderson in Support of Motion for Leave to Withdraw.

    The court has scheduled a hearing to take place on March 28, 2006 at 9:30 a.m. If you have any questions, or wish to discuss this matter, please contact me prior to that date. Thank you.

                Very truly yours,

                ANDERSON, CONNELL & CAREY

                David B. Anderson

DBA/bn
Enclosures

1  David B. Anderson
   Anderson, Connell & Carey
2  1501 Eldridge Avenue
   P.O. Box 1015
3  Bellingham, WA  98227-1015
   360-671-6711 Telephone
4  360-647-2943 Facsimile
5  boatlaw@boatlaw.com
   Counsel for Plaintiff
6

7

8

9               UNITED STATES DISTRICT COURT

10        FOR THE DISTRICT OF ALASKA AT ANCHORAGE

11  ARTHUR GAMASH,                        )
                                          )
12              Plaintiff,                )
                                          )
13       v.                               )
                                          )
14  FISHERMEN'S WILD ALASKAN              )
    SEAFOOD, INC.; HARRY SINZ, and        )
15  VICKI SINZ, a/k/a/ VICKI VICKERY, and )
16  F/V ECLIPSE, Official No. 226744,     )
    including all her appurtenances,      )
17                                        )
                Defendants.               )  **Case No.: A05-0146 CV (JWS)**
18  _____ )

19              **MOTION FOR LEAVE TO WITHDRAW**

20  **Note on Motion Calendar:** _____, 2006

21       David B. Anderson, and James B. Pentlarge, attorneys for plaintiff, in

22  behalf of themselves and their respective law firms Anderson, Connell & Carey

23  and The Pentlarge Law Group, move for leave to withdraw their appearances as

24  counsel for plaintiff in this case.  Counsel seek to withdraw for good cause as

25  they have been unable to maintain adequate communication with plaintiff to

1  permit them to represent his interests.  Counsel sent notice to plaintiff of their

2  intent to withdraw by letter dated November 4, 2005.  During a telephone

3  conversation with plaintiff on November 28, 2005, counsel confirmed the

4  intention to withdraw and requested that plaintiff provide his current address.

5
            c/o Marybeth Lescantz
6            3601 Main Street, #7
            Homer, AK  99603
7
        Notice of this motion has been sent to plaintiff at the foregoing address.
8
        This motion is based upon the records and files herein, together with the
9
10  Declaration of David B. Anderson, sworn to February 17, 2006 and filed herewith.

11        DATED this 8th day of March, 2006.

12                        ANDERSON, CONNELL & CAREY

13

14                        /s/ David B. Anderson
                        DAVID B. ANDERSON WSBA #5528
15                        Attorneys for Plaintiff

16                        PENTLARGE LAW GROUP

17

18                        /s/ James B. Pentlarge
19                        JAMES B. PENTLARGE, ABA #8306054
                        Attorneys for Plaintiff
20

21

22

23

24

25

1
## CERTIFICATE OF SERVICE

2      I hereby certify that on March 21 2006, I presented **MOTION FOR LEAVE**

3    **TO WITHDRAW** to the Clerk of Court for filing and uploading to the CM/ECF

4    system which will send notification of such filing to the following:

5
Mr. David C. Bratz
6    LeGros, Buchanan & Paul
701 Fifth Avenue, Suite 2500
7    Seattle, WA  98104

8

9

10

11

12
                                    _/s/ Barbara Ness_
13                                 Barbara Ness, Legal Assistant
                                   Email:  barb@boatlaw.com
14

15

16

17

18

19

20

21

22

23

24

25

MOTION FOR LEAVE TO WITHDRAW -   Page 3
Case No: A05-0146 CV (JWS)

1　David B. Anderson
　　Anderson, Connell & Carey
2　1501 Eldridge Avenue
　　P.O. Box 1015
3　Bellingham, WA 98227-1015
　　360-671-6711 Telephone
4　360-647-2943 Facsimile
　　boatlaw@boatlaw.com
5　Counsel for Plaintiff

6

7

8　　　　　　　　　UNITED STATES DISTRICT COURT

9　　　　　　　FOR THE DISTRICT OF ALASKA AT ANCHORAGE

10

11　ARTHUR GAMASH,　　　　　　　　　）
　　　　　　　　　　　　　　　　　　）
12　　　　　　　　Plaintiff,　　　　）
　　　　　　　　　　　　　　　　　　）
13　　　　v.　　　　　　　　　　　　　）
　　　　　　　　　　　　　　　　　　）
14　FISHERMEN'S WILD ALASKAN　　　）
　　SEAFOOD, INC.; HARRY SINZ, and ）
15　VICKI SINZ, a/k/a/ VICKI VICKERY, and ）
　　F/V ECLIPSE, Official No. 226744, ）
16　including all her appurtenances, ）
　　　　　　　　　　　　　　　　　　）
17　　　　　　　　Defendants.　　　 ） **Case No.: A05-0146 CV (JWS)**
18　_____ ）

19　　　　　**(PROPOSED) ORDER GRANTING LEAVE TO WITHDRAW**

20　**Note for Motion Calendar: _____, 2006**

21　　　　　Upon the motion of David B. Anderson and James B. Pentlarge, attorneys

22　for plaintiff, in behalf of themselves and their respective law firms Anderson,

23　Connell & Carey and The Pentlarge Law Group, for leave to withdraw their

24　appearances as counsel for plaintiff in this cause; having reviewed the records

25　and files herein, together with the Declaration of David B. Anderson, sworn to

1  January 23, 2006; and being otherwise fully advised in the premises; now,

2  therefore,

3      IT IS ORDERED that David B. Anderson, and his law firm, Anderson,

4  Connell & Carey, and James B. Pentlarge, and his lawfirm, the Pentlarge Law

5  Group, are hereby granted leave to withdraw their appearances as counsel for

6  plaintiff Arthur Gamash in this cause.

7      DATED this _____ day of _____, 2006.

8

9

10

11                                      _____
                                        U.S. DISTRICT COURT JUDGE

12

13

14  Presented by:

15  ANDERSON, CONNELL & CAREY

16

17  By  /s/  David B. Anderson_____
      DAVID B. ANDERSON, ABA #0009053
18    Attorneys for Plaintiff

19  PENTLARGE LAW GROUP

20

21  By  /s/  James B. Pentlarge_____
      JAMES B. PENTLARGE, ABA #8306054
22    Attorneys for Plaintiff

23

24

25

1

## CERTIFICATE OF SERVICE

2    I hereby certify that on March 2\ 2006, I presented **(PROPOSED) ORDER**

3    **GRANTING LEAVE TO WITHDRAW** to the Clerk of Court for filing and

4    uploading to the CM/ECF system which will send notification of such filing to the

5    following:

6    Mr. David C. Bratz
     LeGros, Buchanan & Paul
7    701 Fifth Avenue, Suite 2500
     Seattle, WA  98104
8

9

10

11

12

13                              _/s/ Barbara Ness_
                                Barbara Ness, Legal Assistant
14                              Email:  barb@boatlaw.com

15

16

17

18

19

20

21

22

23

24

25

1 | David B. Anderson
Anderson, Connell & Carey
2 | 1501 Eldridge Avenue
P.O. Box 1015
3 | Bellingham, WA 98227-1015
360-671-6711 Telephone
4 | 360-647-2943 Facsimile
5 | boatlaw@boatlaw.com
Counsel for Plaintiff

6

7            UNITED STATES DISTRICT COURT

8      FOR THE DISTRICT OF ALASKA AT ANCHORAGE

9 | ARTHUR GAMASH,           )
                                      )
10            Plaintiff,       )
                                      )
11     v.                      )
                                      )
12 | FISHERMEN'S WILD ALASKAN    )
SEAFOOD, INC.; HARRY SINZ, and   )
13 | VICKI SINZ, a/k/a/ VICKI VICKERY, and )
14 | F/V ECLIPSE, Official No. 226744,     )
including all her appurtenances,       )
15                                         )
           Defendants.     )  **Case No.: A05-0146 CV (JWS)**
16                                         )

17          **DECLARATION OF DAVID B. ANDERSON**

18     **IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW**

19      David B. Anderson declares and states as follows:

20     1.      I am one of the attorneys for plaintiff.

21     2.      I am principal counsel for plaintiff. James B. Pentlarge of the

22 Pentlarge Law Group of Anchorage, has appeared to assist with service of

23 process.

24     3.      Despite my best efforts, I have been unable to maintain adequate

25 communication with my client, plaintiff Arthur Gamash, to permit me to represent

his interests. Accordingly, in behalf of myself and my law firm; and in behalf of

James Pentlarge and the Pentlarge Law Group, I hereby request leave to

withdraw our appearance as counsel for plaintiff in this case.

4.    I wrote plaintiff on November 4, 2005, notifying him of my intent to

withdraw as his counsel. A copy of my letter is attached hereto as Exhibit A.

This letter was sent by certified mail and came back unclaimed. However, I

received a telephone call from plaintiff on November 28, 2005. At that time, I

confirmed my intention to withdraw as his counsel. I asked him to provide me

with his current address. He gave me the following:

> c/o Marybeth Lescantz
> 3601 Main Street, #7
> Homer, AK 99603

5.    On January 12, 2006, I sent a letter to the plaintiff at the foregoing

address, confirming our telephone conversation of November 28, 2005 and

urging him to make arrangements for substitute counsel as soon as possible. A

copy of my letter is attached hereto as Exhibit B.

6.    I have caused notice of a motion for leave to withdraw and

supporting papers to be sent by certified mail to plaintiff at the aforementioned

address.

I declare under penalty of perjury under the laws of the United States that

the foregoing is true and correct.

Executed at Bellingham, Washington this 17th day of February, 2006.


/s/  *David B. Anderson*
David B. Anderson

## CERTIFICATE OF SERVICE

I hereby certify that on March 21 2006, I presented **DECLARATION OF DAVID B. ANDERSON IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW** to the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following:

Mr. David C. Bratz
LeGros, Buchanan & Paul
701 Fifth Avenue, Suite 2500
Seattle, WA 98104


_/s/ Barbara Ness_____
Barbara Ness, Legal Assistant
Email: barb@boatlaw.com

DECLARATION OF DAVID B. ANDERSON IN SUPPORT
OF MOTION FOR LEAVE TO WITHDRAW - Page 3
Case No: A05-0146 CV (JWS)

# EXHIBIT A

**DAVID BOWEN ANDERSON***

**GORDON T. CAREY, JR.**

ADMITTED IN
WASHINGTON AND OREGON

*ALSO ADMITTED IN ALASKA



ANDERSON, CONNELL & CAREY
ATTORNEYS AT LAW

**BELLINGHAM·**
(360) 671-6711

**SEATTLE**
(206) 624-8647

**PORTLAND**
(503) 232-6711

**FAX**
(360) 647-2943

boatlaw@boatlaw.com
www.boatlaw.com

November 4, 2005

<u>Via Certified Mail</u>

Mr. Arthur Gamash
2820 Spruce Cape Road, #1
Kodiak, AK  99615

Re:    **Arthur Gamash v. Fishermen's Wild Alaska Seafoods, Inc.**
       **Cause No:  A-05-145-CV**

Dear Mr. Gamash:

We wrote to you on July 26 and August 29, 2005.  Per your instructions, the letters were sent to both the Kodiak address above, and general delivery to the post office in Homer, Alaska.  All correspondence has been returned to us marked "return to sender," "unclaimed," and "unable to forward."

Our attempts to reach you by telephone have also been unsuccessful.  The telephone number you provided us (760-617-8118) is disconnected; and there is no answer and no answering machine at the message number you gave us (907-486-2993).

We sent a certified letter to you on October 11, 2005.  In that letter we told you that we would not be able to prosecute your claim without your cooperation, and that you needed to contact us no later than October 25, 2005, or we would have no alternative but to withdraw as your counsel.  Still, no word from you.

At this point, we are in the process of preparing a motion, asking the court for leave to withdraw as your counsel.  Upon our withdrawal, your claim will be subject to dismissal, with resulting <u>termination of any rights you may have</u>.  If you wish for us to proceed in your behalf, you must contact us immediately.

Very truly yours,

ANDERSON, CONNELL & CAREY

David B. Anderson

DBA/bn

PLEASE REPLY TO BELLINGHAM OFFICE
1501 ELDRIDGE AVENUE · P.O. BOX 1015 · BELLINGHAM, WA 98227-1015

# EXHIBIT  B

**DAVID BOWEN ANDERSON\***

**GORDON T. CAREY, JR.**

ADMITTED IN
WASHINGTON AND OREGON

\*ALSO ADMITTED IN ALASKA



**ANDERSON, CONNELL & CAREY**
ATTORNEYS AT LAW

**BELLINGHAM**
(360) 671-6711

**SEATTLE**
(206) 624-8647

**PORTLAND**
(503) 232-6711

**FAX**
(360) 647-2943

boatlaw@boatlaw.com
www.boatlaw.com

January 12, 2006

Mr. Arthur Gamash
3601 Main Street, #7
Homer, AK 99603

> Re: **Arthur Gamash v. Fishermen's Wild Alaska Seafoods, Inc.**
> **Cause No: A-05-145-CV**

Dear Mr. Gamash:

Confirming our telephone conversation of November 28, 2005, we will be filing a motion to withdraw as your counsel, a copy of which is enclosed. Please make arrangements for substitute counsel as soon as possible. We will, of course, cooperate by providing copies of our file.

Very truly yours,

ANDERSON, CONNELL & CAREY

David B. Anderson

DBA/bn

# EXHIBIT 2

**DAVID BOWEN ANDERSON\***

**GORDON T. CAREY, JR.**

ADMITTED IN
WASHINGTON AND OREGON

\*ALSO ADMITTED IN ALASKA



ANDERSON, CONNELL & CAREY
ATTORNEYS AT LAW

**BELLINGHAM**
(360) 671-6711

**SEATTLE**
(206) 624-8647

**PORTLAND**
(503) 232-6711

**FAX**
(360) 647-2943

boatlaw@boatlaw.com
www.boatlaw.com

April 3, 2006

Mr. Arthur Gamash
3601 Main Street, #8
Homer, AK 99603

    Re:   **Arthur Gamash v. Fishermen's Wild Alaska Seafoods, Inc.**
          **Cause No: A-05-145-CV**

Dear Mr. Gamash:

    This is to confirm our telephone conversation this morning. You said that you had received the materials we sent you last week relating to our withdrawal as your attorneys. We confirmed that we <u>are in the process of withdrawing and that upon our withdrawal, your claim will be subject to dismissal</u>. You said that you were going to try to get other counsel.

    This is to confirm our advice that you obtain other counsel immediately. We will forward copies of our file materials to whomever you designate.

    If you do not obtain other representation, you may expect the defendants to take steps to dismiss your claim.

    We are sending this letter to the address you provided by telephone this morning. If your address changes, please notify us immediately. Thank you.

            Very truly yours,

            ANDERSON, CONNELL & CAREY

            David B. Anderson

DBA/bn