David C. Bratz, ASB #0502004
LeGros Buchanan & Paul
701 Fifth Avenue, Suite 2500
Seattle, Washington 98104
Phone: (206) 623-4990
Fax:    (206)-467-4828

Counsel for Defendant,
Fishermen's Wild Alaskan Seafood, Inc.

RECEIVED
JUN 0 6 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ARTHUR GAMASH, <br><br> Plaintiff, <br><br> v. <br><br> FISHERMEN'S WILD ALASKAN SEAFOOD, INC., HARRY SIMMS, and JANE DOE SIMMS, and F/V ECLIPSE, Official No. 226744, including all her appurtenances, <br><br> Defendants. | No. A-05-146CV |

## MOTION FOR TELEPHONIC PARTICIPATION IN HEARING

The Court has set a Scheduling and Planning Conference in this matter for Thursday June 15 at 9:30 a.m. The attorney from this office that is primarily handling the defense in this case, Marc E. Warner, will be in previously scheduled depositions in Seattle that day.

MOTION FOR TELEPHONIC PARTICIPATION IN HEARING
Gamash v. Fishermen's Wild Alaskan Seafood, Inc., et al.
Cause No. A-05-146 CV – Page 1 of 1
26528 SMP  FV ECLIPSE hf023810

ORIGINAL

1  Therefore, it is requested that the Court allow Mr. Warner, on behalf of Defendant Fishermen's
2  Wild Alaskan Seafood, Inc., to participate in the Conference by telephone.
3  DATED this 5 day of June, 2006

4  LE GROS, BUCHANAN & PAUL

5
6  By: _____
   DAVID C. BRATZ, WSBA #15235 ABA# 0502004
7  Attorneys for Defendant Fishermen's Wild
   Alaskan Seafoods, Inc.

10  **ORDER**

11  So ordered.

12  DATED this _____ day of June, 2006

15  _____
    Hon. John D. Roberts

17  Presented by:

18  LeGros Buchanan & Paul

19  By: _____
    David C. Bratz
20  Attorneys for Defendant

MOTION FOR TELEPHONIC PARTICIPATION IN HEARING
Gamash v. Fishermen's Wild Alaskan Seafood, Inc., et al.
Cause No. A-05-146 CV – Page 2 of 2
26528 SMP  FV ECLIPSE hf023810

LE GROS BUCHANAN & PAUL
701 FIFTH AVENUE, SUITE 2500
SEATTLE, WASHINGTON 98104-7051
(206) 623-4990  FAX (206) 467-4828

**CERTIFICATE OF SERVICE**

    The undersigned certifies that on this day he/she caused to be served in the manner noted below, a copy of the document to which this certificate is attached, on Plaintiff:

Arthur Gamash
Homer Cabins
3601 Main Street
Homer, AK 99603

X   Via Mail
☐   Via Facsimile
☐   Via Messenger

    I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct this 5TH day of June, 2006.

*[signature]*
Signed at Seattle, Washington

MOTION FOR TELEPHONIC PARTICIPATION IN HEARING
Gamash v. Fishermen's Wild Alaskan Seafood, Inc., et al.
Cause No. A-05-146 CV – Page 3 of 3
26528 SMP  FV ECLIPSE hf023810

LE GROS BUCHANAN & PAUL
701 FIFTH AVENUE, SUITE 2500
SEATTLE, WASHINGTON 98104-7051
(206) 623-4990  FAX (206) 467-4828