## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

ARTHUR GAMASH   v.   FISHERMEN'S WILD ALASKAN SEAFOOD, et al.

THE HONORABLE MARY GUSS

DEPUTY CLERK                              CASE NO.   3:05-cv-00146-JWS-JDR

Elisa Singleton

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**     DATE: June 16, 2006

      The above-named plaintiff is hereby ordered to show cause by July 12, 2006, why the above-referenced cause should not be dismissed for lack of prosecution pursuant to D.Ak.LR 41.1.

[]{IF1.WPD*Rev 12/96)