**MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

<u>ARTHUR GAMASH</u>   v.   <u>FISHERMEN'S WILD ALASKAN SEAFOOD, INC., et al.</u>

THE HONORABLE JOHN W. SEDWICK          CASE NO.   <u>3:05-cv-00146-JWS</u>

   <u>Deputy Clerk</u>                    <u>Official Recorder</u>

   <u>Pam Richter</u>

APPEARANCES:   for PLAINTIFF:   ----

              for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

This court has reviewed the report at docket 36 in which the magistrate judge recommends that this case be dismissed without prejudice for failure to prosecute. Based on a review of the file in this case, it appears to this court that the recommendation is in all respects correct. It is adopted. This case is hereby **DISMISSED** without prejudice for failure to prosecute.

DATE:<u>  July 18, 2006  </u>

ENTERED AT JUDGE'S DIRECTION
INITIALS:<u>  prr  </u>
Deputy Clerk

[FORMS*IA*]